ACCEPTED
01-14-00848-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/31/2015 3:06:28 PM
CHRISTOPHER PRINE
CLERK

# IN THE
# FIRST COURT OF APPEALS
# OF TEXAS

**NOMATHEMBA SITAWISHA**  §     CASE NO. 01-14-00848-CR

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/31/2015 3:06:28 PM
CHRISTOPHER A. PRINE
Clerk

§

§

**VS.**  §     On Appeal From Harris County

§     Cause No. 1870305

§     County Court at Law #4

§

**THE STATE OF TEXAS**  §

## APPELLANT'S MOTION
## TO EXTEND TIME TO FILE APPELLATE BRIEF

Appellant, Nomathemba Sitawisha, files this motion to extend time under TEX. R. APP. P. 10.5(b), having filed Appellant's brief earlier today,

### I. TRIAL COURT PROCEEDINGS

On October 1, 2014, a judge sentenced Ms. Sitawisha to 105 days county jail after a jury found her guilty of driving while intoxicated with a blood alcohol concentration level greater than .15. Notice of appeal was filed on October 1, 2014.

### II. PROCEEDINGS IN THIS COURT

The Appellant's brief was due on April 10, 2015. Two previous extensions have been granted; one was denied on June 23, 2015, with an order to file the brief within 20 days. Counsel worked diligently to complete the brief in compliance with the court's order, but was unable to do so.

## III.

Since the court's order, counsel has filed a brief in *Christopher Rashad Frazier v. State*, Cause No. 14-15-00118-CR. Counsel also has researched and argued a motion to dismiss for lack of subject-matter jurisdiction in a murder case, *State v. Alvin Riggins*, Cause No. 1395747, and has been providing lawyer assistance and preparing lawyer education materials for cases that involve the same issue. The motion in *Riggins* was based on last year's *Moon* and *Guerrero* opinions, which reversed adult convictions because the defendants were improperly transferred to adult court from juvenile court. Counsel represented Mr. Guerrero in his appeal, and now represents him on remand in the juvenile court.

Counsel also has been working to complete two habeas writs that concern the same jurisdiction issue raised in *Riggins*, *Moon* and *Guerrero*. Further, counsel is working to complete briefs in *Margaret Mayer v. State*, Cause No. 14-14-01011-CR, and *Herman Whitfield v. State*, Cause No. 01-15-00316-CR.

## IV.

In the exercise of due diligence, counsel was unable to complete Ms. Sitawisha's brief within 20 days of the court's order. It was filed this morning, however. This motion is not filed for purposes of delay, but so that justice may be done.

PRAYER

Appellant respectfully requests that this motion be granted and that the Court permit an extension of time until today, July 31, 2015, for filing Appellant's brief.

Respectfully submitted,

**ALEXANDER BUNIN**
Chief Public Defender
Harris County Texas

/s/ *Cheri Duncan*
_____

**CHERI DUNCAN**
Assistant Public Defender
Harris County Texas
State Bar No. 06210500
1201 Franklin, 13th Floor
Houston Texas 77002
(713) 368-0016
(713) 368-9278 (Fax)
cheri.duncan@pdo.hctx.net

Attorney for Appellant,
**NOMATHEMBA SITAWISHA**

## CERTIFICATE OF SERVICE

I certify that a copy of Appellant's Motion to Extend Time to File Appellate Brief was served electronically on the Appellate Division of the Harris County District Attorney's Office, on July 31, 2015.

*/s/ Cheri Duncan*

**CHERI DUNCAN**